IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MATTHEW JONES, | § | |
| | § | No. 541, 2019 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| DR. MACKENZIE HAY and | § | C.A. No. K19C-11-029 |
| NANTICOKE HOSPITAL, | § | |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: June 26, 2020
Decided:   August 4, 2020

Before **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

# O R D E R

After consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's decision dated November 25, 2019.  The appellant, Matthew Jones, has filed numerous lawsuits that have been dismissed as frivolous and abusive of the judicial process by both state and federal courts.[1]  We warn Jones that if he continues to file

---

[1] *E.g.*, *Jones v. Hay*, K19-C-10-044 NEP (Del. Super. Ct. Nov. 25, 2019); *Jones v. Kalkstein*, 2019 WL 6310055 (Del. Super. Ct. Nov. 21, 2019), *aff'd*, 2020 WL 3096749 (Del. June 10, 2020); *Jones v. Del. State Police*, 2019 WL 6170847 (Del. Super. Ct. Nov. 19, 2019); *Jones v. Howard*, 2018 WL 6039974 (D. Del. Nov. 19, 2018), *aff'd*, 779 Fed. Appx. 151 (3d Cir. Oct. 8, 2019); *Jones v. Christiana Hosp.*, C.A. No. 17C-08-273 JAP (Del. Super. Ct. Aug. 28, 2017), *aff'd*, 2018 WL 1376934 (Del. Mar. 16, 2018); *Jones v. Dover Behavioral Health Sys.*, 2017 WL 3493118 (Del. Super. Ct. Aug. 9, 2017), *aff'd*, 2018 WL 1376933 (Del. Mar. 16, 2018).  *See also* Answering Br. of Nanticoke Mem. Hosp., Inc., No. 541, 2019, Docket Entry No. 24, at 15-16 (Del.) (filed Mar. 27, 2020) (citing additional cases).

frivolous and vexatious lawsuits and appeals, he will be enjoined from filing appeals in this Court without leave of the Court.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

[2] *See* 10 *Del. C.* § 8803(e).